Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant,
    EDISON SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE FORSYTHE, | CASE NO: 1:09-cv-02260-OWW-JLT |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| EDISON SCHOOL DISTRICT, | |
| Defendant. | |

**RECITALS**

WHEREAS, Plaintiff filed a complaint in this case on December 30, 2009;

WHEREAS, legal counsel for Plaintiff and Defendant have previously successfully negotiated the resolution of a federal claim, without the necessity of extensive litigation;

WHEREAS, legal counsel for both parties believe the facts and circumstances of this particular case lend themselves to an early, economical, efficient negotiated resolution;

WHEREAS, neither party wishes to engage in "law and motion" litigation concerning the efficacy of the allegations of Plaintiff's complaint; and

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

1   WHEREAS, legal counsel for both parties believe a sixty (60) day extension
2   of time in which to respond to the complaint would adequately allow the parties to
3   attempt to mediate a resolution of this matter.

4   **STIPULATION**

5   IT IS HEREBY STIPULATED TO by and between the parties to this litigation
6   through their respective attorneys of record that Leonard C. Herr, Esq. has
7   accepted service of the complaint on behalf of Defendant.

8   IT IS FURTHER STIPULATED TO by and between the parties to this
9   litigation through their respective attorneys of records that Defendant shall have
10  until May 17, 2010 in which to respond to Plaintiff's complaint.

11  DATED: March 19, 2010          LAW OFFICE OF JACOB M. WEISBERG
12
13                                 By: /s/ Jacob M. Weisberg_____
14                                     JACOB M. WEISBERG
                                       Attorney for Plaintiff
15                                     DIANE FORSYTHE
16
17  DATED:  March 19, 2010         DOOLEY, HERR, PELTZER & RICHARDSON, LLP
18
19                                 By: /s/ Leonard C. Herr_____
                                       LEONARD C. HERR,
20                                     Attorneys for Defendant
                                       EDISON SCHOOL DISTRICT
21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

### *** ORDER ***

UPON GOOD CAUSE BEING SHOWN, as set forth in the stipulation of counsel, Defendant shall have until May 17, 2010 in which to respond to the complaint.  Furthermore, the initial scheduling conference now set for April 29, 2010 is continued to July 9, 2010 at 8:15 a.m. in Courtroom 3 before Judge Oliver W. Wanger.

IT IS SO ORDERED.

Dated:   **March 23, 2010**            **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**