1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4  Alan J. Reinach, of counsel SBN 196899

5  Attorneys for Plaintiff:  DIANE FORSYTHE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FORSYTHE,<br><br>               Plaintiff,<br>v.<br><br>EDISON SCHOOL DISTRICT,<br><br>               Defendant. | CASE NO.  1:09-cv-02260-OWW-JLT<br><br>**STIPULATION TO CONTINUE HEARING OF MOTION TO DISMISS THE SECOND AND THIRD CAUSES OF ACTION (FRCP RULE 12(b)(6) ; ORDER**<br><br>Current Date:   July 12, 2010<br>Time:               10:00 a.m.<br>Courtroom:       3<br>Honorable        Oliver W. Wanger<br><br>Complaint Filed: December 30, 2009<br>Trial Date:        TBA |

   IT IS STIPULATED by the parties through their respective counsel that the hearing on the defendant's Motion to Dismiss the Second and Third Causes of Action (FRCP Rule 12(b)(6)) be continued from July 12, 2010, at 10:00 a.m., in Courtroom 3, before the Honorable Oliver W. Wanger to August 16, 2010, at 10:00 a.m., in Courtroom 3 or as soon thereafter as is convenient with the court's calendar before the Honorable Oliver W. Wanger.

DATED: June 21, 2010                  ____/s/ Jacob Weisberg_____
                                      JACOB M. WEISBERG,
                                      Attorney for Plaintiff
                                      DIANE FORSYTHE

-1-

**FORSYTHE v. Edison School District**                 **Stipulation to Continue Hearing of 12(b)(6) Motion**

Alan J. Reinach, of counsel

DATED:  June 21, 2010                        DOOLEY, HERR, PELTZER & RICHARDSON LLP

                                              By /s/ Leonard C. Herr
                                                     LEONARD C. HERR,
                                                     Attorney for Defendant
                                                     EDISON SCHOOL DISTRICT

## **ORDER**

UPON GOOD CAUSE BEING SHOWN AS SET FORTH IN THE Stipulation of counsel, the hearing on the Motion to Dismiss the Second and Third Causes of Action (FRCP Rule 12(b)(6)) is hereby continued to August 30, 2010, at 10:00 a.m., in Courtroom 3 before Judge Oliver W. Wanger

IT IS SO ORDERED.

Dated:  **June 22, 2010**                        **/s/ Oliver W. Wanger**
                                                                                     UNITED STATES DISTRICT JUDGE