1 | Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
2 | Attorneys at Law, LLP
100 Willow Plaza, Suite 300
3 | Visalia, California  93291
Telephone:  (559) 636-0200

4

5 | Attorneys for Defendant,
EDISON SCHOOL DISTRICT

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DIANE FORSYTHE,                          CASE NO:  1:09-CV-02260-OWW-JLT

12 |          Plaintiff,

13 | v.                                               **STIPULATION AND ORDER
RESOLVING DEFENDANT'S MOTION**
14 | EDISON SCHOOL DISTRICT,

15 |          Defendant.

16

17

18 |                              **RECITALS**

19 |          WHEREAS, Defendant has filed a Motion to Dismiss (Doc. 8)

20 |          WHEREAS, Plaintiff's legal counsel has reviewed Defendant's Motion to

21 | Dismiss and determined the allegations of the complaint can be improved to

22 | address some, if not all of the issues raised by Defendant's Motion to Dismiss;

23 |          WHEREAS, legal counsel for all parties wish to minimize litigation in this

24 | case and the intended imposition on judicial resources; and

25 |          WHEREAS, legal counsel for both parties believe the administration of

26 | justice would be well served by a stipulation permitting Plaintiff the opportunity to

27 | amend its complaint.

28 | ///

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**STIPULATION**

IT IS HEREBY STIPULATED TO by and between the parties to this litigation through their respective attorneys of record that Defendant's Motion to Dismiss shall be taken off calendar, without prejudice.

IT IS FURTHER STIPULATED TO by and between the parties to this litigation through their respective attorneys of records that Plaintiff shall have thirty (30) days from the date of this order in which to file their First Amended Complaint.

DATED: August 10, 2010          LAW OFFICE OF JACOB M. WEISBERG


                                By: /s/ Alan J. Reinach
                                    ALAN J. REINACH
                                    Attorney for Plaintiff
                                    DIANE FORSYTHE



DATED:  August 10, 2010          DOOLEY, HERR, PELTZER & RICHARDSON, LLP


                                By: /s/ Leonard C. Herr
                                    LEONARD C. HERR,
                                    Attorneys for Defendant
                                    EDISON SCHOOL DISTRICT

///
///
///
///
///
///
///
///

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-
STIPULATION AND ORDER RESOLVING DEFENDANT'S MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*\*\* ORDER \*\*\***

UPON GOOD CAUSE BEING SHOWN, as set forth in the stipulation of counsel, Defendant's Motion to Dismiss is off calendar.

Further, Plaintiff shall have thirty (30) days from the date of this order in which to file their First Amended Complaint.

F:\Client Files\Self-Insured Schools of California 1153.00\Forsythe v. Edison Stipulation and Order.doc

IT IS SO ORDERED.

Dated:   **August 12, 2010**                    **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**STIPULATION AND ORDER RESOLVING DEFENDANT'S MOTION**