Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Alan J. Reinach, of counsel SBN 196899

Attorneys for Plaintiff:  DIANE FORSYTHE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FORSYTHE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDISON SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | CASE NO.  1:09-cv-02260-OWW-JLT<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE HER SECOND AMENDED COMPLAINT AND VACATING DEFENDENTS MOTION TO DISMISS THE SECOND THIRD AND FIFTH CAUSES OF ACTION WITHOUT PREJUDICE(FRCP RULE 12(b)(6)**<br><br>Current Date:　November 29, 2010<br>Time:　　　　10:00 a.m.<br>Courtroom:　 3<br>Honorable　　Oliver W. Wanger<br><br>Complaint Filed: December 30, 2009<br>Trial Date:　　TBA |

　　　IT IS STIPULATED by the parties through their respective counsel that the Plaintiff may file her Second Amended Complaint submitted with this stipulation;

　　　IT IS FURTHER STIPULATED by the parties through their respective counsel that the hearing on the defendant's Motion to Dismiss the Second, Third and Fifth Causes of Action (FRCP Rule 12(b)(6)) scheduled for  November 29, 2010, at 10:00 a.m., in Courtroom 3, before the Honorable

Oliver W. Wanger be vacated, without prejudice and that the Defendants have until January 24, 2011 to file a responsive pleading.  A settlement conference in this case is set before the Honorable Dennis L Beck for January 18, 2011 and the parties agree that it would conserve resources to not require a response by Defendants until after the settlement conference.

DATED:  November 2, 2010            ____/s/ Jacob Weisberg_____
                                                              JACOB M. WEISBERG,
                                                              Attorney for Plaintiff
                                                              DIANE FORSYTHE

Alan Reinach, Of Counsel

DATED:  November 2, 2010            DOOLEY, HERR, PELTZER & RICHARDSON LLP

                                                       By /s/ Leonard C. Herr_____
                                                          LEONARD C. HERR,
                                                          Attorney for Defendant
                                                          EDISON SCHOOL DISTRICT

### **ORDER**

UPON GOOD CAUSE BEING SHOWN AS SET FORTH IN THE Stipulation of counsel, the Plaintiff may file her Second Amended Complaint submitted with this stipulation;  the hearing on the defendant's Motion to Dismiss the Second, Third and Fifth Causes of Action (FRCP Rule 12(b)(6)) scheduled for  November 29, 2010, at 10:00 a.m., in Courtroom 3, before the Honorable Oliver W. Wanger be vacated, without prejudice and that the Defendants have until January 24, 2011 to file a responsive pleading.

///

///

///

IT IS SO ORDERED.

Dated:   **November 9, 2010**                          **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE