1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4  Alan J. Reinach, of counsel SBN 196899

5  Attorneys for Plaintiff:  DIANE FORSYTHE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FORSYTHE,<br><br>          Plaintiff,<br><br>  v.<br><br>EDISON SCHOOL DISTRICT,<br><br>          Defendant. | CASE NO.  1:09-cv-02260-OWW-JLT<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current Date:   January 7, 2011<br>Time:           8:15 a.m.<br>Courtroom:      3<br>Honorable       Oliver W. Wanger<br><br>Complaint Filed: December 30, 2009<br>Trial Date:      TBA |

        IT IS STIPULATED by the parties through their respective counsel that the Scheduling Conference scheduled for  January 7, 2011, at 8:15 a.m., in Courtroom 3, before the Honorable Oliver W. Wanger be continued to a date after January 18, 2011 and at the Court's convenience.  A settlement conference in this case is set before the Honorable Dennis L Beck for January 18, 2011 and the parties agree that it would conserve resources to not continue the Scheduling Conference Defendants until after the settlement conference is completed.

-1-

**FORSYTHE v. Edison School District**                    Stipulation to Continue Scheduling Conference

DATED: December 11, 2010      /s/ Jacob Weisberg
JACOB M. WEISBERG,
Attorney for Plaintiff
DIANE FORSYTHE

Alan Reinach, Of Counsel

DATED:  December 13, 2011      DOOLEY, HERR, PELTZER & RICHARDSON LLP

By /s/ Leonard C. Herr
LEONARD C. HERR,
Attorney for Defendant
EDISON SCHOOL DISTRICT

## **ORDER**

UPON GOOD CAUSE BEING SHOWN AS SET FORTH IN THE Stipulation of counsel, the that the Scheduling Conference scheduled for January 7, 2011, at 8:15 a.m., in Courtroom 3, before the Honorable Oliver W. Wanger be continued to February 4, 2011 at 8:15 a.m.

IT IS SO ORDERED.

Dated:  **December 14, 2010**      **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE