Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Alan J. Reinach, of counsel SBN 196899

Attorneys for Plaintiff:  DIANE FORSYTHE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FORSYTHE,<br><br>          Plaintiff,<br><br>  v.<br><br>EDISON SCHOOL DISTRICT,<br><br>          Defendant. | CASE NO.  1:09-cv-02260-OWW-JLT<br><br>**STIPULATION AND ORDER TO ALLOW FILING OF THIRD AMENDED COMPLAINT**<br><br>Complaint Filed:  December 30, 2009<br>Trial Date:         TBA<br><br>Honorable Oliver W. Wanger<br>Courtroom:           3 |

IT IS STIPULATED between the parties hereto that the Plaintiff may file her Third Amended Complaint.  This Third Amended Complaint only alleges the receipt of a Right-to-Sue on her Federal EEOC Claim under the Fourth Cause of Action.

IT IS FURTHER STIPULATED that the Answer previously filed by the Defendant on January 24, 2011, may serve as a response to the Third Amended Complaint without any further filing.

DATED: April 29, 2011          \_\_\_\_/s/ Jacob Weisberg_____
                               JACOB M. WEISBERG,
                               Attorney for Plaintiff
                               DIANE FORSYTHE

Alan Reinach, Of Counsel

-1-

**FORSYTHE v. Edison School District          Stipulation and Order to Allow Filing of Third Amended Complaint**

DATED: April 29, 2011　　　　　　　　　DOOLEY, HERR, PELTZER & RICHARDSON LLP

　　　　　　　　　　　　　　　　　　　By /s/ Leonard C. Herr
　　　　　　　　　　　　　　　　　　　　　LEONARD C. HERR,
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　EDISON SCHOOL

**ORDER**

　　GOOD CAUSE APPEARING,

IT IS SO ORDERED.

　　Dated:　**May 2, 2011**　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE