Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendant,
   EDISON SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FORSYTHE,<br><br>   Plaintiff,<br><br>v.<br><br>EDISON SCHOOL DISTRICT,<br><br>   Defendant. | Case No.:  1:09-CV-02260-AWI-JLT<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

DATED: July 26, 2012   THE LAW OFFICE OF JACOB M. WEISBERG


                By: /s/Jacob M. Weisberg
                   JACOB M. WEISBERG
                   Attorney for Plaintiff,
                   DIANE FORSYTHE

DATED:  July 26, 2012   DOOLEY, HERR, PELTZER & RICHARDSON, LLP


                By: /s/Leonard C. Herr
                   LEONARD C. HERR,
                   Attorneys for Defendant
                   EDISON SCHOOL DISTRICT

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**STIPULATION OF DISMISSAL; ORDER THEREON**

**ORDER**

IT IS SO ORDERED.

Dated:   July 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION OF DISMISSAL; ORDER THEREON**